The application of the above-named defendant for a review of the sentence of 25 years with 10 years suspended for Mitigated Deliberate Homicide imposed on March 4, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank John Johnston of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Third Judicial District, County of Deer Lodge, STATE OF MONTANA, Plaintiff vs. PAUL E. LEGUIN, JR., Defendant.

### DECISION

No. DC-86-01

The application of the above-named defendant for a review of the sentence of 10 years for Sexual Assault imposed on May 2, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to ten years with five years suspended

The reasons for the amendment are:

(1) The sentencing judge should have given more consideration to the Defendant for sparing the victim from the trial ordeal;

(2) This board considered the fact that the Defendant cooperated and admitted his guilt in face of what the County Attorney admitted what was a very weak case; and

(3) The matter was further complicated by the fact that two judges were involved, one by taking the Plea, and one by imposing the Sentence.

We wish to thank Amy Guth of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Mineral, STATE OF MONTANA, Plaintiff vs. TERRY LEE BROWN, Defendant.

### DECISION

No. DC-C-529

The application of the above-named defendant for a review of the sentence of 50 years for Deliberate Homicide; 10 years for Theft; to be served concurrently; DANGEROUS DESIGNATION, imposed on May 5, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Pat Wise of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. JACOB H. WOODS, Defendant.

DECISION

No. DC-81-055

The application of the above-named defendant for a review of the sentence for Two Counts of Deliberate Homicide; 50 years on each count to be served concurrently; plus the Defendant shall be designated as a Dangerous Offender imposed on October 23, 1981, was fully heard and after a careful consideration of the entire matter it is decided that: This matter is continued until the next scheduled session of the Court.

The Court finds that the record is insufficient for any meaningful review. To supplement the record, the Court requests the Flathead County Attorney to formally reply to the Defendant's petition for review and include therein a copy of the Affidavit in support of his request to file an Information, and any other information he deems relevant.

The Secretary shall provide to the Flathead County Attorney a copy of the Defender Project's petition for review.

We wish to thank Dale Robbins of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. DENNIS GENE MATHES, Defendant.